An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DEBORA JANE COTNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62228

**FILED**

JUN 13 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of embezzlement. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Debora Cotner argues that the district court abused its discretion by sentencing her for crimes committed by others. We disagree. This court will not disturb a district court's sentencing determination absent an abuse of discretion. *Parrish v. State*, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Cotner's prison term of 12-48 months falls within the parameters provided by the relevant statute, *see* NRS 205.222(3) (providing for 1-10 years imprisonment); NRS 205.300 (embezzlement punished as larceny), and her assertion that the district court's consideration of the deterrent effect of the sentence violates the constitutional requirement of individualized sentencing lacks merit. *See Naovarath v. State*, 105 Nev. 525, 530, 779 P.2d 944, 947 (1989) (noting that deterrence of prospective offenders is an acceptable goal of

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17478

imprisonment).    We conclude that the district court did not abuse its discretion at sentencing, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Connie J. Steinheimer, District Judge
        Washoe County Public Defender
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk